JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone: (415) 436-7000

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. C09-03615-SC |
|       Plaintiff,               ) | |
|     v.                          ) | STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |
| JAMES D. JEFFERSON,        ) | |
|       Defendant.             ) | Date: December 18, 2009<br>Time: 10:00 a.m.<br>Place: Federal Building<br>       San Francisco |

    The parties hereby stipulate and agree, subject to the Court's approval, to the following:

    The parties to this action, by and through their counsel, respectfully request that the Court continue the Case Management Conference currently scheduled for December 4, 2009, at 10:00 a.m. to December 18, 2009 at 10:00 a.m., or such other date as the Court orders.

    Counsel for the United States has off-site office training scheduled for December 4, 2009, and counsel for the Defendant has agreed to reschedule the case management conference to accommodate counsel for the United States.

IT IS SO STIPULATED:

                Respectfully submitted,

                JOSEPH RUSSONIELLO
                United States Attorney

Dated: _11/10/09_ :          _/s/ Cynthia Stier_
                CYNTHIA STIER
                Assistant U.S. Attorney
                Attorneys for the United States of America

Dated: _11/1/09_ :          _/s/_
                VERNON GRIGG
                Counsel for Defendant James Jefferson

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference, currently scheduled for December 4, 2009, at 10:00 a.m. is rescheduled to ~~December 18, 2009~~ at 10:00 a.m. January 8, 2010

SO ORDERED

Dated: November 12, 2009

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Samuel Conti

US v. Jefferson, Case No.09-03615-SC
Stipulation to Reschedule
Case Mgmt. Conf. and
[Proposed] Order