```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7000

Attorneys for United States of America
```

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C09-03615-SC |
| Plaintiff, ) | |
| v. ) | STIPULATION OF DISMISSAL |
| JAMES D. JEFFERSON, ) | AND [PROPOSED] ORDER |
| Defendant. ) | |

Plaintiff, United States of America, and Defendant, James D. Jefferson, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) that this action is dismissed.

IT IS SO STIPULATED:

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Dated: *1/5/10*         :         */s/ Cynthia Stier*
                                  CYNTHIA STIER
                                  Assistant U.S. Attorney
                                  Attorneys for the United States of America

Dated: *1/5/10*         :         */s/ Vernon Grigg*
                                  VERNON GRIGG
                                  Counsel for Defendant James Jefferson

IT IS SO ORDERED
Judge Samuel Conti
1/6/10

1