| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
|  | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) |
|  | Assistant United States Attorney |
| 3 | Chief, Tax Division |
|  | CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney |
|  |    9th Floor Federal Building |
| 5 |    450 Golden Gate Avenue, Box 36055 |
|  |    San Francisco, California  94102 |
| 6 |    Telephone: (415) 436-7000 |
| 7 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | No. C09-03615-SC |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | STIPULATION OF DISMISSAL |
|  | ) | AND [~~PROPOSED~~] ORDER |
| JAMES D. JEFFERSON, | ) | |
|  | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

Plaintiff, United States of America, and Defendant, James D. Jefferson, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) that this action is dismissed.

IT IS SO STIPULATED:

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Dated: *1/5/10*    :    */s/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the United States of America

Dated: *1/5/10*    :    */s/ Vernon Grigg*
VERNON GRIGG
Counsel for Defendant James Jefferson

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

1/6/10